**Order filed January 22, 2015.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-01003-CV

_____

## IN THE INTEREST OF A.G. AND D.T. JR., Minor Children

---

### On Appeal from the 315th District Court
### Harris County, Texas
### Trial Court Cause No. 2010-00284JA

---

## ORDER

This is an accelerated appeal from a judgment in a suit in which the termination of the parent-child relationship is at issue. Appellant, A.G., is represented by appointed counsel, **Lana S. Shadwick.** Appellant's brief was due **January 20, 2015,** but it has not been filed.

Unless appellant's brief is filed with the clerk of this court within **10 days** of the date of this order, the court will consider abating the appeal for appointment of new counsel. *See* Tex. R. App. P. 42.3(b).

PER CURIAM